THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KIM HYDE-RHODES,<br>　　　　　Plaintiff,<br>v.<br>JUDGE JEFFREY WILCOX et al.,<br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER DENYING IFP APPLICATION**<br><br>Case No. 4:23-cv-00077-DN<br>District Judge David Nuffer |
| KIM HYDE-RHODES, and TED HYDE-RHODES<br>　　　　　Plaintiffs,<br>v.<br>IDAHO HEALTH WELFARE et al.,<br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER DENYING IFP APPLICATION**<br><br>Case No. 4:23-cv-00078-DN<br>District Judge David Nuffer |
| KIM HYDE-RHODES & FAMILY,<br>　　　　　Plaintiffs,<br>v.<br>TED BARNEY et al.,<br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER DENYING IFP APPLICATION**<br><br>Case No. 4:23-cv-00079-DN<br>District Judge David Nuffer |
| KIM HYDE-RHODES,<br>　　　　　Plaintiff,<br>v.<br>JUDGE JEFFREY WILCOX et al.,<br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER DENYING IFP APPLICATION**<br><br>Case No. 4:23-cv-00083-DN<br>District Judge David Nuffer |
| KIM HYDE-RHODES, STEVE RINGWOOD, and RILEY-HYDE-RHODES<br>　　　　　Plaintiffs,<br>v.<br>ROBERT HORN et al.,<br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER DENYING IFP APPLICATION**<br><br>Case No. 4:23-cv-00084-DN<br><br>District Judge David Nuffer |
| KIM HYDE-RHODES,<br>　　　　　Plaintiff,<br>v.<br>JUDGE JEFFREY WILCOX et al.,<br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER DENYING IFP APPLICATION**<br><br>Case No. 4:23-cv-00085-DN<br>District Judge David Nuffer |

At a hearing on Thursday, October 12, 2023, the court reviewed the extensive filings Ms. Hyde-Rhodes made in the captioned cases. Ms. Hyde-Rhodes did not appear at the hearing even though she was ordered to do so. These cases are each pending the review of her motions to proceed in forma pauperis (without payment of fees).

Ms. Hyde-Rhodes has made inadequate and non-responsive filings in her six cases, which were reviewed extensively during the hearing. As for her financial status, the filings do not provide clarification except to cast doubt on her indigent status. The many unanswered questions and Ms. Hyde-Rhodes inconsistent statements were put on the record at the hearing.

1. Ms. Hyde-Rhodes has sent extensive documents to the Court that detail her more than 45 lawsuits in various state and federal courts.[1] On March 10, 2023, the Utah State Court denied Ms. Hyde-Rhode's Motion to Waive a Filing Fee.[2] Additionally, Ms. Hyde-Rhodes was deemed to be a vexatious litigant on May 26, 2020, in Idaho State Court.[3] Further, the United States District Court for the District of Idaho ordered its Clerk of Court to refuse acceptance of anything filed by Ms. Hyde-Rhodes other than a notice of appeal.[4]

2. Ms. Hyde-Rhodes filed a "Motion to Reassign Another Judge due to misconduct and violation of rights."[5] This motion was lodged because the cases are not technically open. But for reasons stated on the record, Plaintiff's motion is DENIED. Ms. Hyde- Rhodes failed to allege grounds for recusal or disqualification other than decisional actions.

3. Ms. Hyde-Rhodes also made a motion to continue which was DENIED and made a late telephone request to appear by electronic means which was DENIED.

4. Any further emailed submissions will not be considered or lodged as the court has not received a completed Email Filing and Electronic Notification Form for Unrepresented Parties.

---

[1] *Kim Hyde-Rhodes v. Robert Horn et. al.*, 4:23-cv-00084, Docket no. 2-2, filed September 29, 2023.

[2] *Kim Hyde-Rhodes v. Ted John Rhodes*, Case No. 224500236, filed March 10, 2023.

[3] Administrative Order, filed May 26, 2020.

[4] Memorandum Decision and Order, filed April 2, 2021.

[5] *Kim Hyde-Rhodes v. Judge Jeffrey Wilcox*, et.al., 4:23-cv-00077, Docket no. 15, filed October 9, 2023.

## ORDER

Based on the findings at the hearing, IT IS HEREBY ORDERED that Kim Hyde-Rhodes' applications to proceed in forma pauperis in 4:23-cv-00077/78/79/83/84/85-DN are DENIED. These cases shall be closed.

Signed October 13, 2023.

BY THE COURT

David Nuffer
United States District Judge